IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01179-BNB

ROBERT WHITE,

    Plaintiff,

v.

DR. D. THARP,
FRANK CORDOVA, and
CHRISTOPHER LAMB,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 2 2006

GREGORY C. LANGHAM
                CLERK

ORDER TO CURE DEFICIENCIES

Plaintiff Robert White is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Milan, Michigan. Mr. White initiated this action by filing *pro se* in the United States District Court for the Eastern District of Michigan (Eastern District of Michigan) an application to proceed without prepayment of fees, a supporting affidavit, and a civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). The Eastern District of Michigan granted Mr. White leave to proceed *in forma pauperis* without prepayment of the filing fee and ordered him to pay an initial partial filing fee of $36.00, which he paid on June 2, 2006.

In an order entered on June 13, 2006, the Eastern District of Michigan dismissed the claims against four defendants for failure to state a claim upon which relief may be granted, and ordered the clerk of the Court to transfer the file and the remaining claims against the remaining defendants to this Court because the remaining claims involve

events that took place while Mr. White was incarcerated at the Federal Correctional Institution in Florence, Colorado.

The Court has reviewed Mr. White's documents and finds that they are deficient because Mr. White has failed to file a Prisoner Complaint on the proper form approved for prisoners' use in the United States District Court for the District of Colorado. Mr. White will be directed to file a Prisoner Complaint against the remaining defendants if he wishes to pursue his remaining claims in this Court in this action. Accordingly, it is

ORDERED that Mr. White cure the deficiency identified in this order **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. White, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that if Mr. White fails to cure the deficiency identified in this order within the time allowed, the action will be dismissed without further notice.

DATED June 22, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01179-BNB

Robert White
Reg. No. 08089-041
FCI – Milan
PO Box 1000
Milan, MI 48160

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 6/22/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk