IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01179-EWN-CBS

ROBERT WHITE,

    Plaintiff,

v.

DR. D. THARP,
FRANK CORDOVA,
CHRISTOPHER LAMB, and
J. NEGRON,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 16 2007

GREGORY C. LANGHAM
CLERK

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: March 15, 2007

                                               BY THE COURT:

                                               <u>s/ Edward W. Nottingham</u>
                                               UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-01179-EWN-CBS

Robert White
Reg. No. 08089-041
FCI - Milan
PO Box 1000
Milan, MI 48160

Dr. D. Tharp, Frank Cordova,
Christopher Lamb, and J. Negron - WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Snysvoll for service of process on  Dr. D. Tharp, Frank Cordova, Christopher Lamb, and J. Negron, and to The United States Attorney General, and the United States Attorney's Office: COMPLAINT FILED 07/10/06, ORDER FILED 8/28/06, ORDER FILED 3/8/07, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/16/07 .

GREGORY C. LANGHAM, CLERK

By: _Andrea_
Deputy Clerk