IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01179-EWN-CBS

ROBERT WHITE,
    Plaintiff,
v.

DR. D. THARP,
FRANK CORDOVA,
CHRISTOPHER LAMB, and
J. NEGRON,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. White's letter (filed April 2, 2007) (doc. # 15). Pursuant to the General Order of Reference dated March 15, 2007 (doc. # 11), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine any pretrial matter. . . ." The court has reviewed Mr. White's letter and the entire case file and is sufficiently advised in the premises.

    Based on paragraph 4 of the General Order of Reference, Mr. White requests "subpoenas so I can mail the complaints with the subpoenas to the individual defendants in accordance with Rule 4, Fed. R. Civ. P." (*See* letter). Based upon the "Order Granting Service by United States Marshal" (doc. # 13), the Defendants will be served by the U.S. Marshal "in the manner specified by rule 4 of the Federal Rules of Civil Procedure." (*See* doc. # 11 at p. 3 ¶ 4). Accordingly, Mr. White's request for subpoenas is unnecessary at this time.

DATED at Denver, Colorado, this 3rd day of April, 2007.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge