IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01179–EWN–KLM

ROBERT WHITE,

    Plaintiff,

v.

DR. D. THARP,
CHRISTOPHER LAMB, and
J. NEGRON,

    Defendants.

---

# ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed January 23, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The Motion to Dismiss (#21, filed May 22, 2007) is GRANTED as to Defendants Negron, Tharp and Lamb.

DATED this 29th day of February, 2008.

                                                  BY THE COURT:

                                                  s/ Edward W. Nottingham
                                                  EDWARD W. NOTTINGHAM
                                                  Chief United States District Judge