IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01179–EWN–KLM

ROBERT WHITE,

      Plaintiff,

v.

FRANK CORDOVA,

      Defendant.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the court on the "Recommendation of United States Magistrate

Judge" filed February 26, 2008. No party has objected to the recommendation. I have conducted

the requisite *de novo* review of the issues, the record, and the recommendation. Based on this

review, I have concluded that the recommendation is a correct application of the facts and the

law. Accordingly, it is

      **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. The case against Defendant Frank Cordova is DISMISSED without prejudice.

DATED this 21st day of March, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge
